MISHA ISAAK, Bar No. 086430
misha.isaak@stoel.com
MEGAN S. BRADFORD, Bar No. 222711
megan.bradford@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Defendants Portland Public Schools, Dr. Kimberlee Armstrong, Edward Wang, Michelle DePass, Christy Splitt, Virginia La Forte, Stephanie Engelsman, Patte Sullivan, and Rashelle Chase-Miller*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

JOHN DOE, an individual,

Plaintiff,

v.

PORTLAND ASSOCIATION OF TEACHERS, a labor organization; PORTLAND PUBLIC SCHOOLS; DR. KIMBERLEE ARMSTRONG, in her official capacity as the superintendent of Portland Public Schools; EDWARD WANG, in his official capacity as the chairman of the Portland Public Schools Board of Education; MICHELLE DEPASS, in her official capacity as the vice-chair of the Portland Public Schools Board of Education; CHRISTY SPLITT, in her official capacity as a member of the Portland Public Schools Board of Education; VIRGINIA LA FORTE, in her official capacity as a member of the Portland Public Schools Board of Education; STEPHANIE ENGELSMAN, in her official capacity as a

Case No.: 3:25-cv-00854-AR

**WITHDRAWAL OF SPECIAL MOTION TO STRIKE (ECF #46)**

member of the Portland Public Schools Board of Education; PATTE SULLIVAN, in her official capacity as a member of the Portland Public Schools Board of Education; RASHELLE CHASE-MILLER, in her official capacity as a member of the Portland Public Schools Board of Education; the OREGON EMPLOYMENT RELATIONS BOARD; ADAM RHYNARD, in his official capacity as Chair of the Employment Relations Board; SHIRIN KHOSRAVI, in her official capacity as a member of the Employment Relations Board; BENJAMIN O'GLASSER, in his official capacity as a member of the Employment Relations Board,

Defendants.

---

Upon reflection and with the benefit of the discussion at oral argument, defendant Portland Public Schools ("PPS") hereby respectfully withdraws its Special Motion to Strike (ECF #46). The motion having been withdrawn, PPS requests that it be terminated as moot on the Court's electronic docket.

DATED: January 20, 2026

STOEL RIVES LLP

*s/ Misha Isaak*

MISHA ISAAK, Bar No. 086430
misha.isaak@stoel.com
MEGAN S. BRADFORD, Bar No. 222711
megan.bradford@stoel.com

*Attorneys for Defendants Portland Public Schools, Dr. Kimberlee Armstrong, Edward Wang, Michelle DePass, Christy Splitt, Virginia La Forte, Stephanie Engelsman, Patte Sullivan, and Rashelle Chase-Miller*